# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Darwarnh Edward Greenson,    Civ. No. 12-3128 (MJD/JJK)

    Plaintiff,

v.    **ORDER**

County of Dakota,

    Defendant.

---

Roderick J. Macpherson, III, Esq., MN Disability Law Center, counsel for Plaintiff.

Kathryn M. Keena, Esq., and Andrea G. White, Esq., Dakota County Attorney's Office, counsel for Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated May 29, 2013 [Doc. #21)]. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Voluntary Dismissal of Certain Requests for Relief or Certain Claims (Doc. No. 8), is **DENIED AS MOOT**; and

2. Plaintiff's requests for prospective declaratory and injunctive relief is **DISMISSED WITHOUT PREJUDICE**.

Date: June 18, 2013

                                              s/Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge
                                              United States District Court